IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
_____ DIVISION

Ian L. Folmar Sr.

(Enter Above the Name of the Plaintiff in this Action)

2:22 CV 208

vs.

State of Ohio Human Resource Dept.

(Enter above the name of the Defendant in this Action)

Judge Watson

MAGISTRATE JUDGE JOLSON

If there are additional Defendants, please list them:

Commissioners Office City of Columbus, Franklin County
Judge Ted Barrows & Muni. Court.
Prosecutor Zach Kleins Office & Franklin County
Columbus Police Dept. C.P.O Admn. Columbus, OH.

**COMPLAINT**

I.    Parties to the action:

Plaintiff:    Place your name and address on the lines below.  The address you give must be the address where
the court may contact you and mail documents to you.  A telephone number is required.

Ian Ladarace Folmar Sr.

Name - Full Name Please - PRINT

P.O. Box 77463

Street Address

Columbus OH 43207

City, State and Zip Code

(716) 400-9854

Telephone Number

If there are additional Plaintiffs in this suit, a separate piece of paper should be attached immediately behind this
page with their full names, addresses and telephone numbers.  If there are no other Plaintiffs, continue with this
form.

Defendant(s):

Place the name and address of each Defendant you listed in the caption on the first page of this Complaint. This form is invalid unless each Defendant appears with full address for proper service.

1. State of Ohio, Commissioners Office Franklin Count
   Name - Full Name Please

   373 S. High St Columbus, OH 43215
   Address: Street. City, State and Zip Code

2. Prosecuter Zach Klein's Office

3. Judge Ted Barrons • Columbus OH
                      • Franklin County Ohio

4. Columbus, Ohio Police Dept. • Columbus OH
                                • Franklin County Ohio

5. Columbus, Ohio Civil Protection Admn • Frank
                                        • lin Co
                                          nty

6. _____

If there are additional Defendants, please list their names and addresses on a separate sheet of paper.

II. Subject Matter Jurisdiction

Check the box or boxes that describes your lawsuit:

☑ Title 28 U.S.C. § 1343(3)
   [A civil rights lawsuit alleging that Defendant(s) acting under color of State law, deprived you of a right secured by federal law or the Constitution.]

☑ Title 28 U.S.C. § 1331
   [A lawsuit "arising under the Constitution, laws, or treaties of the United States."]

☐ Title 28 U.S.C. § 1332(a)(1)
   [A lawsuit between citizens of different states where the matter in controversy exceeds $75,000.]

☐ Title _____ United States Code, Section _____
   [Other federal status giving the court subject matter jurisdiction.]

Attor...
To F Corps

IV.
→ conti

## And Malicious Prosecution
## Record/File

1.) - Deprivation of Rights Under Color
of law.

2) - 4th Amend Violation.

3.) - Title 18 Violation.

4.) US Code 242 violation.

5.) 18 US Code § 242 - Deprivation of rights
under Color of Law.

6.) 18 US Code § 1038 Violation

7) 1st Amendment Violation

8.) 18 US Code § 1621 violation

9) Rule 31 violation

10.) Sec 1001 of title 18 u.s.c. violation.

Attac

__RECORD/File__

11.) Penal Code sec 148.5  Violation.

12.) 1610 Assault -- 18 U.S.C. 351 (E) Violation.

13.) § 11.404  Violation.

14.) Etc.  .

III. Statement of Claim

Please write as briefly as possible the facts of your case. Describe how each Defendant is involved. Include the name of all persons involved, give dates and places.

Number each claim separately. Use as much space as you need. You are not limited to the papers we give you. Attach extra sheets that deal with your statement claim immediately behind this piece of paper.

I was wrongfully charged, Arrested, and jailed for a crime I did not committ, "wrecklessly sending e-mails" by Columbus, OH franklin County w/o any "e-mail server Report" proof to substantiate the false allegations and Arrest, jailing?

State fed { Defamation of Character. Slander. (News Paper, legal News, Internet, etc. )

-5-

IV. Previous lawsuits:

If you have been a Plaintiff in a lawsuit, for each lawsuit state the case number and caption.
(Example: Case Number: 2/08-cv-728 and Caption: John Smith vs. Jane Doe).

| Case Number | Caption |
|---|---|
| 2021 CVI 031755 | Ian Folmar sr. vs Angela Dennis-Cure |
| 2021 CRB 007914 | Angel Dennis-Cure vs Ian Folmar SR. |
| ALL CASES | vs. |
|  | vs. |

V. Relief

In this section please state (write) briefly exactly what you want the court to do for you. Make no legal argument, cite no case or statutes.

I want $50,000,000.00 to be
paid to me immediately under speedy
conditions.

I state under penalty of perjury that the foregoing is true and correct. Executed on

this 18 day of January , 22

~~Ian G. Folmar~~ SR.

Signature of Plaintiff

Leah Ruth - NOTARY
09/01/2025